

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT DALE MARTIN, | § | No. 08-13-00249-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 158th District Court |
| | § | |
| LAURA WARDER, | | of Denton County, Texas |
| | § | |
| | | (TC# 2011-20264-158) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF NOVEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.